## Appellate Department, Superior Court, San Bernardino

[Civ. A. No. 10.   Oct. 26, 1953.]

W. F. O'DONNELL et al., Respondents, v. A. T. KENNEDY, Appellant.

Harold Payne for Appellant.

C. P. Monningh for Respondents.

MITCHELL, J.— On August 17, 1949, respondents loaned to appellant the sum of $360, and took from appellant his promissory note for the sum of $413.

During the next 15 months the appellant repaid to respondent the sum of at least $438, perhaps $498.

The overpayment may have been made on account of another loan of $114.75.

The indebtedness having been paid, the obligation has been discharged.

Judgment reversed.

Findlay, J., and Coughlin, J., concurred.